UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO. 8:24-cr-51-WFJ-AAS

BERMAN JERRY NOWLIN, JR.
    a/k/a "Repulse"
    a/k/a "Zayous"

## VERDICT

As to Count One of the Indictment, Conspiracy to Commit Wire Fraud and Money Laundering, in violation of 18 U.S.C. § 371,

We, the Jury, find Defendant, BERMAN JERRY NOWLIN, JR.:

    Guilty __X__    Not Guilty _____

If you found the Defendant not guilty of the offense charged in Count One, proceed to sign and date the verdict form.

If you found the Defendant guilty of the offense charged in Count One, answer the following question and then proceed to sign and date the verdict form.

We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find that he conspired to commit the following offense(s):

    ____ Wire Fraud
    ____ Money Laundering
    _X_ Both Wire Fraud and Money Laundering

SO SAY WE ALL, this __30__ day of __October__, 2024.

