UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-00051-WFJ-AAS

BERMAN JERRY NOWLIN, JR.

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant Berman Jerry Nowlin, Jr., with prejudice. Leave of Court is granted and the Indictment is dismissed against the defendant in the above-captioned case, with prejudice. The Clerk of Court is directed to close the case as to the defendant.

Dated: 1/7/2025

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE